1

2

3

4

5

6

7

8                    UNITED STATES  DISTRICT COURT

9                      Northern District of California

10                        San Francisco Division

11    STATE OF CALIFORNIA EX REL STEVE              No. C 13-05805 LB
      ROBINSON, et al.,
12                                                  **ORDER CONTINUING THE CASE**
                         Plaintiffs,                **MANAGEMENT CONFERENCE**
13
             v.
14
      NDEX WEST LLC,
15
                         Defendant.
16    _____/

17        According to both the caption and the allegations of his complaint, Steve Robinson, who is

18  proceeding pro se, brings this action against NDeX West LLC on behalf of himself and as a relator

19  on behalf of the United States Government, the Social Security Administration, and the Internal

20  Revenue Service, and the State of California for violations of (1) the federal False Claims Act, 31

21  U.S.C. §§ 3729-3733, (2) the Social Security Number Privacy and Identity Theft Prevention Act of

22  2009, H.R. 3306, 111th Cong. (2009), (3) the Taxpayer Relief Act of 1997, Pub. L. 105-34, 111 Stat.

23  788 (1997), (4) the California False Claims Act, Cal. Gov't Code §§ 12650-12656, and (5)

24  California Financial Code §§ 794, 1857(d), (e), (g) & (h), 22712, 22713(b), (c) & (d), 22753, 23064,

25  and 50205.  *See generally* Complaint, ECF No. 1.  The case has an initial case management

26  conference currently set for March 20, 2014, but according to the case docket, it does not appear that

27  Plaintiff has served Defendant yet.  With Defendant's appearance, a case management conference

28  will not be useful.

UNITED STATES DISTRICT COURT
For the Northern District of California

UNITED STATES DISTRICT COURT
For the Northern District of California

1    In this regard, the court reminds Plaintiff of his obligation to serve Defendant with the complaint

2    and summons in this action within the time period set forth in Federal Rule of Civil Procedure 4(m)

3    (absent good cause, a plaintiff has 120 days from the date of filing to serve a defendant).  Here, he

4    filed his complaint on December 16, 2013, which means that he has until **April 15, 2014** to serve

5    Defendant.

6        In light of this procedural issue, the court **CONTINUES** the initial case management conference

7    from March 20, 2014 to **May 1, 2014 at 11:00 a.m.** in Courtroom C, 15th Floor, United States

8    District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.  The parties shall file a

9    joint case management conference statement no later than **April 24, 2014**.

10       **IT IS SO ORDERED.**

11   Dated: March 18, 2014

12   _____
     LAUREL BEELER
     United States Magistrate Judge

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

C 13-05805 LB
ORDER

2