UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STATE OF CALIFORNIA EX REL STEVE ROBINSON, et al.,<br><br>        Plaintiffs,<br><br>    v.<br><br>NDEX WEST LLC,<br><br>        Defendant.<br>_____/ | No. C 13-05805 LB<br><br>**AMENDED[1] ORDER CONTINUING THE CASE MANAGEMENT CONFERENCE** |

According to both the caption and the allegations of his complaint, Steve Robinson, who is proceeding pro se, brings this action against NDeX West LLC on behalf of himself and as a relator on behalf of the United States Government, the Social Security Administration, and the Internal Revenue Service, and the State of California for violations of (1) the federal False Claims Act, 31 U.S.C. §§ 3729-3733, (2) the Social Security Number Privacy and Identity Theft Prevention Act of 2009, H.R. 3306, 111th Cong. (2009), (3) the Taxpayer Relief Act of 1997, Pub. L. 105-34, 111 Stat. 788 (1997), (4) the California False Claims Act, Cal. Gov't Code §§ 12650-12656, and (5) California Financial Code §§ 794, 1857(d), (e), (g) & (h), 22712, 22713(b), (c) & (d), 22753, 23064, and 50205. *See generally* Complaint, ECF No. 1. The case has an initial case management

---

[1] The court issues this amended order to make clear that the next case management conference is set for 11:00 a.m. on <u>May 15, 2014</u>, not May 1, 2014 as the previous, unamended order stated.

C 13-05805 LB
ORDER

1  conference currently set for March 20, 2014, but according to the case docket, it does not appear that
2  Plaintiff has served Defendant yet.  With Defendant's appearance, a case management conference
3  will not be useful.

4  In this regard, the court reminds Plaintiff of his obligation to serve Defendant with the complaint
5  and summons in this action within the time period set forth in Federal Rule of Civil Procedure 4(m)
6  (absent good cause, a plaintiff has 120 days from the date of filing to serve a defendant).  Here, he
7  filed his complaint on December 16, 2013, which means that he has until **April 15, 2014** to serve
8  Defendant.

9  In light of this procedural issue, the court **CONTINUES** the initial case management conference
10 from March 20, 2014 to **May 15, 2014 at 11:00 a.m.** in Courtroom C, 15th Floor, United States
11 District Court, 450 Golden Gate Avenue, San Francisco, California, 94102.  The parties shall file a
12 joint case management conference statement no later than **May 8, 2014**.

**IT IS SO ORDERED.**

Dated: April 9, 2014

_____
LAUREL BEELER
United States Magistrate Judge