UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STATE OF CALIFORNIA EX REL STEVE ROBINSON, et al.,<br><br>            Plaintiffs,<br><br>    v.<br><br>NDEX WEST LLC,<br><br>            Defendant.<br>_____/ | No. C 13-05805 LB<br><br>**ORDER TO SHOW CAUSE** |

    According to both the caption and the allegations of his complaint, Steve Robinson, who is proceeding pro se, brings this action against NDeX West LLC on behalf of himself and as a relator on behalf of the United States Government, the Social Security Administration, and the Internal Revenue Service, and the State of California for violations of (1) the federal False Claims Act, 31 U.S.C. §§ 3729-3733, (2) the Social Security Number Privacy and Identity Theft Prevention Act of 2009, H.R. 3306, 111th Cong. (2009), (3) the Taxpayer Relief Act of 1997, Pub. L. 105-34, 111 Stat. 788 (1997), (4) the California False Claims Act, Cal. Gov't Code §§ 12650-12656, and (5) California Financial Code §§ 794, 1857(d), (e), (g) & (h), 22712, 22713(b), (c) & (d), 22753, 23064, and 50205. *See generally* Complaint, ECF No. 1. In the court's prior order dated April 9, 2014, the court reminded Mr. Robinson of his obligation to serve Defendant with the complaint and summons in this action within the time period set forth in Federal Rule of Civil Procedure 4(m) (absent good cause, a plaintiff has 120 days from the date of filing to serve a defendant). *See* Amended Order,

1  ECF No. 7.  As the court explained, because he filed his complaint on December 16, 2013, he had
2  until April 15, 2014 to serve Defendant.  *See id.*

3  So far, there is no indication that Mr. Robinson has done so, and he did not file a statement in
4  preparation for the case management conference that currently is scheduled for May 15, 2014.  *See*
5  *generally* Docket.  Accordingly, in light of Mr. Robinson's apparent failure to serve Defendant, the
6  court **ORDERS** him to show cause why this action should not be dismissed for failure to prosecute
7  it.  He shall do so by filing a written response no later than **4:00 p.m. on Wednesday, May 21,**
8  **2014**.  If he does not file a response by the deadline, he is warned that the court may dismiss the
9  action without prejudice.  And, given this situation, the court also **CONTINUES** the currently-
10 scheduled May 15, 2014 case management conference to **11:00 a.m. on Thursday, July 10, 2014** in
11 Courtroom C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco,
12 California 94102.  The parties shall file a case management conference statement no later than July
13 3, 2014.

14 **IT IS SO ORDERED.**

15 Dated: May 12, 2014

16 _____
   LAUREL BEELER
   United States Magistrate Judge

C 13-05805 LB
ORDER                            2