UNITED STATES DISTRICT COURT

Northern District of California

San Francisco Division

| | |
|---|---|
| STATE OF CALIFORNIA EX REL STEVE ROBINSON, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>NDEX WEST LLC,<br><br>Defendant.<br>_____/ | No. C 13-05805 LB<br><br>**ORDER EXTENDING THE TIME FOR SERVICE AND CONTINUING THE INITIAL CASE MANAGEMENT CONFERENCE** |

According to both the caption and the allegations of his complaint, Steve Robinson, who is proceeding pro se, brings this action against NDEx West LLC on behalf of himself and as a relator on behalf of the United States Government, the Social Security Administration, and the Internal Revenue Service, and the State of California for violations of (1) the federal False Claims Act, 31 U.S.C. §§ 3729-3733, (2) the Social Security Number Privacy and Identity Theft Prevention Act of 2009, H.R. 3306, 111th Cong. (2009), (3) the Taxpayer Relief Act of 1997, Pub. L. 105-34, 111 Stat. 788 (1997), (4) the California False Claims Act, Cal. Gov't Code §§ 12650-12656, and (5) California Financial Code §§ 794, 1857(d), (e), (g) & (h), 22712, 22713(b), (c) & (d), 22753, 23064, and 50205. *See generally* Complaint, ECF No. 1. In the court's April 9, 2014 order, the court reminded Mr. Robinson of his obligation to serve NDEx West LLC with the complaint and summons in this action within the time period set forth in Federal Rule of Civil Procedure 4(m) (absent good cause, a plaintiff has 120 days from the date of filing to serve a defendant). *See*

C 13-05805 LB
ORDER

1  Amended Order, ECF No. 7.  As the court explained, because he filed his complaint on December
2  16, 2013, he had until April 15, 2014 to serve NDEx West LLC.  *See id.*

3  That date came and went, so on May 12, 2014, the court ordered Mr. Robinson to show cause by
4  May 21, 2014 why his case should not be dismissed without prejudice for his failure to prosecute it.
5  First Order to Show Cause, ECF No. 8.  On May 23, 2014, Mr. Robinson filed a document attaching
6  a FedEx receipt that he says is proof that he properly served NDEx West LLC on January 7, 2014.
7  Response, ECF No. 10.  That receipt does indeed show that something was sent via FedEx on
8  January 7, 2014, but it does not sufficiently demonstrate that Mr. Robinson properly served NDEx
9  West LLC with the complaint and summons.  First, there is no indication about what exactly was
10 sent on January 7, 2014.  *See id.* at 4-5.  Second, the receipt shows that the package was sent to
11 "Attorney Scott Harris" of "Authorized Valid Claims, NDX [sic] West LLC" at "351 Staint [sic]
12 Mary St., Pleasanton, CA 94566."  *See id.* at 4.  A "Business Search" on the California Secretary of
13 State website, however, states that NDEx West LLC's agent for service of process is an entity called
14 "National Registered Agents, Inc. (C1941323)."  Thus, even if the complaint and summons was
15 included in the package sent via FedEx on January 7, 2014, it does not appear that Mr. Robinson
16 properly served NDEx West LLC with them.

17 In light of this problem, the court will give Mr. Robinson another chance to properly serve
18 NDEx West LLC with the complaint and summons.  He shall do so no later than **Thursday, July 17,**
19 **2014**.  If he does, he must file a proof of service no later than **4:00 p.m. on Friday, July 18, 2014**.
20 If he does not comply with these deadlines, the court may dismiss his action without prejudice.

21 To allow time for this process, the court also **CONTINUES** the currently-scheduled July 10,
22 2014 case management conference to **11:00 a.m. on Thursday, September 18, 2014** in Courtroom
23 C, 15th Floor, United States District Court, 450 Golden Gate Avenue, San Francisco, California
24 94102.  The parties shall file a case management conference statement no later than September 11,
25 2014.

26 **IT IS SO ORDERED.**
27 Dated: July 3, 2014

_____
LAUREL BEELER
United States Magistrate Judge